NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAFFEL SYSTEMS, LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**MAN WAH HOLDINGS LTD., INC., MAN WAH (USA) INC.,**
*Defendants-Appellant*

**XYZ COMPANIES 1-10,**
*Defendant*

---

2023-1958, 2023-2324, 2023-2325

---

Appeals from the United States District Court for the Eastern District of Wisconsin in No. 2:18-cv-01765-NJ, Magistrate Judge Nancy Joseph.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of these appeals pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

2        RAFFEL SYSTEMS, LLC v. MAN WAH HOLDINGS LTD., INC.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 28, 2024
     Date

ISSUED AS A MANDATE:  May 28, 2024